UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 2-1569

Burlington Mtr, et al.

vs.

MCI Telecomm Corp

(Delaware District Civil No. 99-cv-00572)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

Marcia M. Waldron,
Clerk

Marcia M. Waldron
Clerk
United States Court of Appeals
for the Third Circuit

Date: April 28, 2005

cc:
Russell C. Silberglied, Esq.
Daniel J. DeFranceschi, Esq.
Jeffrey L. Cimbalo, Esq.
Adam P. Strochak, Esq.